LEO KAUDER, complainant-appellant,

*v.*

SOLOMON LAUTMAN et al., defendants-respondents.

[Decided March 4th, 1934.]

*Mr. David Goldstein,* for the appellant.

*Mr. Isaiah Matlack,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *114 N. J. Eq. 197.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, DONGES, PERSKIE, HETFIELD, DEAR, WELLS, DILL, JJ. 10.

*For reversal*—PARKER, LLOYD, HEHER, VAN BUSKIRK, KAYS, JJ. 5.